UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Gary Kesler, et al.                    )
                          ,            )
                                       )
            Plaintiff,                 )
                                       )
         v.                            )   Case No.  4:23-cv-1193
Tyson Foods, Inc., et                  )
al.                       ,            )
                                       )
            Defendant,                 )
                                       )

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

☐   THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒   THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS 23SD-CC00071 AND

THAT CASE WAS ASSIGNED TO THE HONORABLE Robert N. Mayer. THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐   NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 09/25/2023           /s/ Mark C. Tatum
                              Signature of Filing Party

                    Shook, Hardy & Bacon LLP
                    2555 Grand Blvd.
                    Kansas City, MO 64108
                    816-474-6550
                    mtatum@shb.com

                    Attorneys for Defendants