**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries

**09/22/2023**

**Probt Ord Tranf to Family Ct**
**Note to Clerk eFiling**
**Exhibit Filed**
Exhibit A, Part 4 moved to existing Notice of Removal tab. Attorney could not attach it. Not deleting this docket entry.
    **On Behalf Of:** TYSON FOODS, INC, TYSON CHICKEN, INC, TYSON SALES & DISTRIBUTION, INC, MARK AVERY, KRISTI SANDERS
**Notice**

Notice of Removal to Federal Court and attached Exhibit filed by attorney for Defendants.
    **On Behalf Of:** TYSON FOODS, INC, TYSON CHICKEN, INC, TYSON SALES & DISTRIBUTION, INC, MARK AVERY, KRISTI SANDERS

**08/25/2023**

**Summons Personally Served**

Document ID - 23-SMCC-317; Served To - AVERY, MARK ; Server - PRIVATE PROCESS SERVER; Served Date - 08/25/2023; Served Time - 08:18:00; Service Type - SP; Reason Description - SERV; Service Text -
**Summons Personally Served**

Document ID - 23-SMCC-318; Served To - SANDERS, KRISTI ; Server - PRIVATE PROCESS SERVER; Served Date - 08/25/2023; Served Time - 08:49:00; Service Type - SP; Reason Description - SERV; Service Text -
**Notice of Service**
    **Filed By:** RUSSELL D OLIVER
    **On Behalf Of:** ERIC KESLER, DONNA TAYLOR, GARY KESLER, REBECCA KESLER, CHAD EVAN KESLER
**Notice of Service**
    **Filed By:** RUSSELL D OLIVER
    **On Behalf Of:** ERIC KESLER, DONNA TAYLOR, GARY KESLER, REBECCA KESLER, CHAD EVAN KESLER

**08/23/2023**

**Order - Special Process Server**

Tim McCoy is hereby appointed as special process server in the above case.
**Order - Special Process Server**

Tim McCoy is hereby appointed as special process server in the above case.
**Proposed Order Filed**

Proposed Order submitted.
    **Filed By:** RUSSELL D OLIVER
    **On Behalf Of:** ERIC KESLER, DONNA TAYLOR, GARY KESLER, REBECCA KESLER, CHAD EVAN KESLER
**Motion Special Process Server**

    **Filed By:** RUSSELL D OLIVER
    **On Behalf Of:** ERIC KESLER, DONNA TAYLOR, GARY KESLER, REBECCA KESLER, CHAD EVAN KESLER
**Proposed Order Filed**

Proposed Order submitted.
    **Filed By:** RUSSELL D OLIVER
    **On Behalf Of:** ERIC KESLER, DONNA TAYLOR, GARY KESLER, REBECCA KESLER, CHAD EVAN KESLER
**Motion Special Process Server**

    **Filed By:** RUSSELL D OLIVER
    **On Behalf Of:** ERIC KESLER, DONNA TAYLOR, GARY KESLER, REBECCA KESLER, CHAD EVAN KESLER

| | |
|---|---|
| | **Summons Issued-Circuit** |
| | Document ID: 23-SMCC-322, for TYSON SALES & DISTRIBUTION, INC |
| | **Summons Issued-Circuit** |
| | Document ID: 23-SMCC-321, for TYSON CHICKEN, INC |
| | **Summons Issued-Circuit** |
| | Document ID: 23-SMCC-320, for TYSON FOODS, INC |
| **08/22/2023** | **Summons Issued-Circuit** |
| | Document ID: 23-SMCC-318, for SANDERS, KRISTI |
| | **Summons Issued-Circuit** |
| | Document ID: 23-SMCC-317, for AVERY, MARK |
| | **Filing Info Sheet eFiling** |
| | **Pet Filed in Circuit Ct** |