**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| **GARY KESLER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Case No. 1:23-cv-00164-ACL |
| | ) |
| **TYSON FOODS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ENTRY OF APPEARANCE**

COMES NOW John W. Grimm of The Limbaugh Firm and hereby enters his appearance on behalf of Defendants.

Respectfully submitted,

THE LIMBAUGH FIRM
407 N. Kingshighway, P.O. Box 1150
Cape Girardeau, MO  63702-1150
Telephone:  (573) 335-3316
Facsimile: (573) 335-0621
Email:  jgrimm@limbaughlaw.com

By     /s/ John W. Grimm
      John W. Grimm - #34834

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ John W. Grimm