**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| GARY KESLER, | ) |
| | ) |
| REBECCA SUE KESLER | ) |
| | ) |
| ERIC KESLER | ) Case No. 1:23CV00164 |
| | ) |
| CHAD KESLER | ) |
| | ) |
| DONNA SUE TAYLOR, AS TRUSTEE OF | ) |
| THE GARY LEE & REBECCA SUE | ) |
| KESLER REVOCABLE LIVING TRUST | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TYSON FOODS, INC., | ) |
| TYSON CHICKEN, INC. | ) |
| TYSON SALES & | ) |
| DISTRIBUTION, INC. | ) |
| | ) |
| MARK AVERY | ) |
| | ) |
| KRISTI SANDERS | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE OPPOSITION TO REMAND
EXCEEDING PAGE LIMITATIONS**

Defendants respectfully request this Court grant them leave to file their Opposition to Plaintiffs' Motion to Remand, which exceeds the page limitation of Eastern District Local Rule 4.01(D). For good cause, Defendants state that Plaintiffs' motion contains numerous arguments and requires a response that could not adequately be expressed within the 15-page limitation of Rule 4.01(D). Also, Defendants note that Plaintiffs' motion also exceeded the 15-page limitation.

WHEREFORE, Defendants ask this Court for leave to file their Opposition to Plaintiffs' Motion to Remand that exceeds the page limitations of Local Rule 4.01

Dated:  October 20, 2023

Respectfully submitted,

                           SHOOK, HARDY & BACON L.L.P.

                           By: */s/ Mark S. Tatum*
                               Mark Tatum, MO Bar #50082
                               Steven Soden, MO Bar #41917
                           2555 Grand Blvd.
                         Kansas City, MO 64108-2613
                         Telephone: 816.474.6550
                         Fax: 816.421.5547
                         mtatum@shb.com
                         ssoden@shb.com

                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system which sent notification to all parties entitled to service.

                         */s/ Mark Tatum*
                         Attorney for Defendants