UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GARY KESLER, et al, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 1:23 CV 164 ACL |
| TYSON FOOD, INC., et al, | ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that the parties have achieved a settlement,

**IT IS HEREBY ORDERED** that all pending motions are found moot.

**IT IS FURTHER ORDERED** that counsel must file, within 30 days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.

Dated this 30th day of October, 2023.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE